EVA M. VALESH, Appellant, *v.* LEOPOLD PRINCE, Respondent.

*Valesh* v. *Prince*, 177 App. Div. 891, affirmed.

(Submitted October 1, 1918; decided October 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered March 5, 1917, affirming a judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint. The action was brought to recover damages for an alleged libel. The complaint showed on its face that the statements alleged to be defamatory were published by the defendant in the course of a judicial opinion delivered by him as a judge of the Municipal Court of the city of New York. The defendant demurred to the complaint on the ground that it did not state facts sufficient to constitute a cause of action.

*Arthur J. Westermayr* and *Henry H. Frieder* for appellant.

*Frederick B. Campbell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.